**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Protech Metals, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1451374** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3619 Murdocksville Road** **West End, NC 27376** Number, Street, City, State & ZIP Code | **PO Box 1925** **Pinehurst, NC 28374** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Moore** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **Protech Metals, LLC**                                          Case number (*if known*) _____
       Name

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    \_\_\_\_

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

| Debtor | **Protech Metals, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Protech Metals, LLC**
Name    Case number (*if known*)

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **Protech Metals, LLC**                                          Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 27, 2023**
             MM / DD / YYYY

**X** **/s/ William Rickey Hall**                    **William Rickey Hall**
_____            _____
Signature of authorized representative of debtor     Printed name

Title   **Member-Manager**
       _____

**18. Signature of attorney**

**X** **/s/ Erik M. Harvey**                         Date   **April 27, 2023**
_____                   _____
Signature of attorney for debtor                     MM / DD / YYYY

**Erik M. Harvey 37663**
_____
Printed name

**Bennett Guthrie PLLC**
_____
Firm name

**1560 Westbrook Plaza Dr**
**Winston Salem, NC 27103**
_____
Number, Street, City, State & ZIP Code

Contact phone   **336-765-3121**      Email address   _____

**37663 NC**
_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Protech Metals, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LEAF Capital Funding, LLC 2005 Market St., 14th Floor Philadelphia, PA 19103 | | | Disputed | $84,386.07 | $0.00 | $84,386.07 |
| Myra Hall 9391 Aberdeen Rd Aberdeen, NC 28315 | | Signed promissory note | | | | $80,000.00 |
| Southeastern Tool & Die 105 Taylor st Aberdeen, NC 28315 | | business operating expense | | | | $27,000.00 |
| Atlas Copco Compressors 300 Technology Rd, Ste. 550 Rock Hill, SC 29730 | | | | $18,000.00 | $0.00 | $18,000.00 |
| McNeill Oil & Propane PO Box 396 Aberdeen, NC 28315 | | business operating expense | | | | $12,829.00 |
| Dillon Supply 440 Civic Blvd Raleigh, NC 27610 | | business operating expense | | | | $6,864.05 |
| Duke Energy Of the Carolinas PO Box 1094 Charlotte, NC 28201-1094 | | business operating expense | | | | $6,461.51 |
| DeHaan & Bach 25 Whitney Dr, #106 Loveland, OH 45140 | | business operating expense | | | | $4,985.60 |

| Debtor | **Protech Metals, LLC** | Case number *(if known)* | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alro Steel 7966 National Service Rd Greensboro, NC 27409** | | **business operating expense** | | | | **$4,322.17** |
| **Rockingham NC Self Storage 102 E. Green St. Rockingham, NC 28379** | | **Deposit Creditor** | | | | **$3,900.00** |
| **Sunbelt P.O. Box 409211 Atlanta, GA 30384** | | **business operating expense** | | | | **$3,349.66** |
| **AirGas 1510 Hawkins Ave Sanford, NC 27330** | | **business operating expense** | | | | **$2,438.49** |
| **Erie Insurance 100 Erie Ins. Place Erie, PA 16530** | | **business operating expense Ultraflex** | | | | **$2,361.50** |
| **AmeriGas 117 Industrial Park Dr Biscoe, NC 27209** | | **business operating expense** | | | | **$1,824.00** |
| **Brightspeed Broadband, LLC Attn:  Reba Culbertson 100 Century Link Dr. Monroe, LA 71203-2041** | | **business operating expense** | | | | **$1,383.56** |
| **Erie Insurance 100 Erie Ins. Place Erie, PA 16530** | | **business operating expense Workers Compensation** | | | | **$1,311.00** |
| **Express Employment Pro PO Box 945434 Atlanta, GA 30394-5434** | | **business operating expense** | | | | **$829.98** |
| **Cintas 2703 Aviation Pkwy Fayetteville, NC 28306** | | **business operating expense** | | | | **$702.77** |
| **Northern Safety Co., Inc. PO Box 4250 Utica, NY 13504-4250** | | **business operating expense** | | | | **$696.25** |

Debtor   **Protech Metals, LLC**                              Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quick Fi - Innovation Finance PO Box 23294 New York, NY 10087-3294** | | **business operating expense** | | | | **$573.82** |

Protech Metals, LLC -

ACCESSHEAT
913 N MARKET ST, STE 200
WILMINGTON, DE 19801

ADP
5800 WINDWARD PKWY
MS B301
ALPHARETTA, GA 30005

AIRGAS
1510 HAWKINS AVE
SANFORD, NC 27330

ALRO STEEL
7966 NATIONAL SERVICE RD
GREENSBORO, NC 27409

AMERIGAS
117 INDUSTRIAL PARK DR
BISCOE, NC 27209

ATLAS COPCO COMPRESSORS
300 TECHNOLOGY RD, STE. 550
ROCK HILL, SC 29730

BRIGHTSPEED BROADBAND, LLC
ATTN: REBA CULBERTSON
100 CENTURY LINK DR.
MONROE, LA 71203-2041

BRIGHTSPEED BROADBAND, LLC
1120 S. TRYON ST.
SUITE 700
CHARLOTTE, NC 28203-4244

CAROLINA BUSINESS XCHANGE LLC
D/B/A SUNBELT BUSINESS BROKERS OF DURHAM
4819 EMPEROR BLVD, STE 400
DURHAM, NC 27703

CINTAS
2703 AVIATION PKWY
FAYETTEVILLE, NC 28306

Protech Metals, LLC -


CORPORATION SERVICES CO.
P.O. BOX 2576
SPRINGFIELD, IL 62708


DEHAAN & BACH
25 WHITNEY DR, #106
LOVELAND, OH 45140


DILLON SUPPLY
440 CIVIC BLVD
RALEIGH, NC 27610


DUKE ENERGY OF THE CAROLINAS
PO BOX 1094
CHARLOTTE, NC 28201-1094


EMPLOYMENT SECURITY COMMISSION
PO BOX 26504
RALEIGH, NC 27611


ERIE INSURANCE
100 ERIE INS. PLACE
ERIE, PA 16530


EXPRESS EMPLOYMENT PRO
PO BOX 945434
ATLANTA, GA 30394-5434


FIELDS PLUMBING & HEATING COMPANY, INC.
7718 NC HWY 22
CARTHAGE, NC 28327


FIRST BANK
PO BOX 10589
GREENSBORO, NC 27404


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JOHN JAMES
2929 ALLEN PARKWAY
SUITE 3300
HOUSTON, TX 77019

Protech Metals, LLC -


LEAF CAPITAL FUNDING, LLC
2005 MARKET ST., 14TH FLOOR
PHILADELPHIA, PA 19103


MCNEILL OIL & PROPANE
PO BOX 396
ABERDEEN, NC 28315


MOORE COUNTY TAX OFFICE
PO BOX 905
CARTHAGE, NC 28327


MYRA HALL
9391 ABERDEEN RD
ABERDEEN, NC 28315


NC DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0002


NC QUICK PASS CUSTOMER SERVICE
P.O. BOX 71116
CHARLOTTE, NC 28272


NORTHERN SAFETY CO., INC.
PO BOX 4250
UTICA, NY 13504-4250


NOWACCOUNT NETWORK CORPORATION
6120 POWERS FERRY RD NW, STE 350
ATLANTA, GA 30339


QUICK FI - INNOVATION FINANCE
PO BOX 23294
NEW YORK, NY 10087-3294


ROCKINGHAM NC SELF STORAGE
102 E. GREEN ST.
ROCKINGHAM, NC 28379


RUTH BERENSTEIN
27 ROBIN RD, APT D
EASTAMPTON TOWNSHIP, NJ 08060

Protech Metals, LLC -


RUTH BERENSTEIN
27 ROBIN RD, APT D
MOUNT HOLLY, NJ 08060


SOUTHEASTERN TOOL & DIE
105 TAYLOR ST
ABERDEEN, NC 28315


SPECTRUM
P.O. BOX 6030
CAROL STREAM, IL 60197-6030


SUNBELT
P.O. BOX 409211
ATLANTA, GA 30384


THOMAS M. VAN CAMP
VAN CAMP, MEACHAM & NEWMAN
PO BOX 1389
PINEHURST, NC 28374


TIM HAMILTON
1325 S. PITKIN AVE
LOUISVILLE, CO 80027


WRH HOLDINGS, LLC
9391 ABERDEEN RD
ABERDEEN, NC 28315

# United States Bankruptcy Court
## Middle District of North Carolina

In re __Protech Metals, LLC__

Debtor(s)

Case No. _____

Chapter __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Protech Metals, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 27, 2023

Date

/s/ Erik M. Harvey

Erik M. Harvey 37663

Signature of Attorney or Litigant
Counsel for __Protech Metals, LLC__

Bennett Guthrie PLLC
1560 Westbrook Plaza Dr
Winston Salem, NC 27103
336-765-3121 Fax:336-765-8622

## United States Bankruptcy Court
### Middle District of North Carolina

In re  **Protech Metals, LLC**

Debtor(s)

Case No.

Chapter  **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **William Rickey Hall**, declare under penalty of perjury that I am the **Member-Manager** of  **Protech Metals, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Member-Managers of said Limited Liability Company at a special meeting duly called and held on the **21st** day of **April**, 20**23**

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **William Rickey Hall**, **Member-Manager** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **William Rickey Hall**, **Member-Manager** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **William Rickey Hall**, **Member-Manager** of this Limited Liability Company is authorized and directed to employ **Erik M. Harvey 37663**, attorney and the law firm of **Bennett Guthrie PLLC** to represent the Limited Liability Company in such bankruptcy case."

Date **April 21, 2023**

Signed  **/s/ William Rickey Hall**

**William Rickey Hall**

Resolution of Member-Managers
of
**Protech Metals, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **William Rickey Hall, Member-Manager** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **William Rickey Hall, Member-Manager** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **William Rickey Hall, Member-Manager** of this Limited Liability Company is authorized and directed to employ **Erik M. Harvey 37663**, attorney and the law firm of **Bennett Guthrie PLLC** to represent the corporation in such bankruptcy case.

Date  **April 21, 2023**                             Signed   **/s/ Myra Jane Deese Hall**

Date  **April 21, 2023**                             Signed   **/s/ William Rickey Hall**