**Fill in this information to identify the case:**

Debtor name    **Protech Metals, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-80078**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 12, 2023**    X **/s/ William Rickey Hall**
                                                Signature of individual signing on behalf of debtor

                                         **William Rickey Hall**
                                         Printed name

                                         **Member-Manager**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Protech Metals, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **23-80078**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $      **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $      **377,116.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $      **377,116.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $      **143,186.07**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $      **4,362.24**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      **178,924.13**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b   $      **326,472.44**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Protech Metals, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **23-80078**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **JP Morgan Chase Bank** Balance of 4/17/2023 - ($17,138.95) | Checking | | $0.00 |
| 3.2. **First Bank** Balance as of filing - (1,472.04) | Checking | | Unknown |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                  $0.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor   **Protech Metals, LLC**                                Case number *(If known)*  **23-80078**
_____Name_____

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Debtor's inventory** | | $0.00 | | $15,000.00 |

23. **Total of Part 5.**                                                                        | $15,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **(7) desks** | $0.00 | **Tax records** | $66.00 |

Debtor **Protech Metals, LLC**                     Case number *(If known)* **23-80078**
_____
Name

| | | | |
|---|---|---|---|
| Conference Table | $0.00 | Tax records | $19.00 |
| Desk (Frank) | $0.00 | Tax records | $50.00 |
| 40. Office fixtures (6) Conference Chairs | $0.00 | Tax records | $56.00 |
| Light fixturers | $0.00 | Tax records | $594.00 |
| TV & mounts | $0.00 | Tax records | $1,078.00 |
| Telephone | $0.00 | Tax records | $854.00 |
| Furniture | $0.00 | Tax records | $1,800.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| $4,517.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Trailer decking** | $0.00 | Tax records | $425.00 |
| 47.2. **2013 Ford F150** | $0.00 | Tax records | $14,595.00 |
| 47.3. **2004 Ford F450** | $0.00 | Tax records | $12,500.00 |

Debtor    **Protech Metals, LLC**
Name                                                    Case number *(If known)*  **23-80078**

| | | | |
|---|---|---|---|
| 47.4. | **2015 International Truck**<br>**224,753 miles (on purchase date of**<br>**10/20/2022)** | $68,500.00 | Recent cost | $68,500.00 |
| 47.5. | **Truck** | $0.00 | Tax records | $13,690.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Schechtl Shear** | $0.00 | Tax records | $1,250.00 |
| **Griene Oven** | $0.00 | Tax records | $750.00 |
| **Nissan 5000 Lb Forklift #1737** | $0.00 | Tax records | $4,200.00 |
| **IR Machinery Move** | $0.00 | Tax records | $950.00 |
| **Window AC unit in paint room** | $0.00 | Tax records | $92.00 |
| **Torch Handle & Accessories** | $0.00 | Tax records | $395.00 |
| **Jestmaster H2O Jet Cut System JM510** | $0.00 | Tax records | $129,950.00 |
| **Machinery** | $0.00 | Tax records | $3,000.00 |
| **Parts Washer** | $0.00 | Tax records | $2,530.00 |
| **Sandblasting Water Purification** | $0.00 | Tax records | $2,500.00 |
| **Greener Blaster 7/5 Cu Ft Slurry** | $0.00 | Tax records | $15,100.00 |
| **F-5000 LXP Parts Washer** | $0.00 | Tax records | $16,000.00 |
| **2006 Service Truck Bed** | $0.00 | Tax records | $1,500.00 |
| **Carport** | $0.00 | Tax records | $1,655.00 |
| **Enclosed Shed for Paint Room** | $0.00 | Tax records | $6,500.00 |
| **Sandlblasting Room** | $0.00 | Tax records | $18,750.00 |

Debtor    **Protech Metals, LLC**                                    Case number *(If known)*  **23-80078**
          Name

| Tear Down Room | $0.00 | Tax records | $12,064.00 |
| General Manager Office Improvements | $0.00 | Tax records | $3,499.00 |
| Fabricating Room Improvement | $0.00 | Tax records | $300.00 |
| Paint Room | $0.00 | Tax records | $8,671.00 |
| Air Conditioner | $0.00 | Tax records | $233.00 |
| Compresssor | $0.00 | | $18,000.00 |

51.    **Total of Part 8.**                                                        $357,599.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Protech Metals, LLC**                                          Case number *(If known)* **23-80078**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,517.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $357,599.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $377,116.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $377,116.00 |

91C *(4/21)*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| **In the Matter of:** | ) | | |
| **Protech Metals, LLC** | ) | **Case No.** | **23-80078** |
| | ) | | |
| | ) | **DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS** | |
| | ) | | |
| **Debtor.** | ) | | |

**NOTE:** You must complete this form in addition to Official Form 106C (Schedule 'C') to claim property as exempt if: (1) your domicile was located in North Carolina for the 730 days immediately preceding the date of the filing of the petition, or (2) your domicile was not located in a single state for those 730 days, but your domicile was located in North Carolina for 180 days immediately preceding the 730-day period or for a longer portion of such 180-day period than in any other place. For more information, please refer to Local Rule 4003-1 of the United States Bankruptcy Court for the Middle District of North Carolina. Schedule 'C' may be found at https://www.uscourts.gov/forms/bankruptcy-forms.

I, __William Rickey Hall__ , the undersigned Debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
   Select appropriate exemption amount below:
   - ■ Total net value not to exceed $35,000.
   - ☐ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by Debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | (a) Total Net Value | $ | 0.00 |
| | | Total Net Exemption | $ | 0.00 |
| | | (b) Unused portion of exemption, not to exceed $5,000. | $ | 5,000.00 |
| | | (This amount, if any, may be carried forward and used to claim an exemption in any property owned by the Debtor. (NCGS 1C-1601(a)(2)). | | |

2. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

3. **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| (a) Statutory allowance | | $ | 3,500 | |
| (b) Amount from 1 (b) above to be used in this paragraph. | | $ | | |
| (A part or all of 1 (b) may be used as needed.) | | | | |
| | Total Net Exemption | $ | 0.00 | |

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by Debtor or

91C *(4/21)*

Debtor's dependent.  Total net value of all items claimed as exempt not to exceed $2,000.)

| Description -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|

(a)  Statutory allowance                                                               $ _____ 2,000

(b)  Amount from 1 (b) above to be used in this paragraph.          $ _____
     (A part or all of 1 (b) may be used as needed.)

                                                        Total Net Exemption  $ _____ **0.00**

5.  **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's aggregate interest, not to exceed $5,000 in value for the Debtor plus $1,000 for each dependent of the Debtor, not to exceed $4,000 total for dependents.)

| Description -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|

                                                            Total Net Value  _____ **0.00**

(a)  Statutory allowance for Debtor                                        $ _____ 5,000

(b)  Statutory allowance for Debtor's dependents: __**0**__ dependents at
$1,000 each (not to exceed $4,000 total for dependents)      _____ **0.00**

(c)  Amount from 1(b) above to be used in this paragraph.
     (A part or all of 1 (b) may be used as needed.)            _____

                                                        Total Net Exemption  _____ **0.00**

6.  **LIFE INSURANCE.** (NCGS 1C-1601(a)(6) and Article X, Section 5 of North Carolina Constitution.)

     Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
     **-NONE-**

7.  **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).**
     (NCGS 1C-1601(a)(7). No limit on value.)

     Description:
     **-NONE-**

8.  **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8).  No limit on number or amount.)

     A.  $ _____ **-NONE-** Compensation for personal injury, including compensation from private disability policies or annuities.

     B.  $ _____ **-NONE-** Compensation for death of person of whom Debtor was dependent for support.

9.  **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9).  No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

     Detailed Description                                                         Value
     **-NONE-**

91C *(4/21)*

10. **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.**
(NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college savings plan within the preceding 12 months, except to the extent any of the contributions were made in the ordinary course of Debtor's financial affairs and were consistent with Debtor's past pattern of contributions. This exemption applies only to the extent that the funds are for a child of Debtor and will actually be used for the child's college or university expenses.)

**Detailed Description**      **Value**
**-NONE-**

11. **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

**Description:**
**-NONE-**

12. **ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH DEBTOR IS ENTITLED.** (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or a dependent of Debtor.)

**Description:**
**-NONE-**

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value | Value Claimed as Exempt |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(a) Total Net Value of property claimed in paragraph 13.     $     **0.00**

(b) Total amount available from paragraph 1(b).     $     **5,000.00**
(c) Less amounts from paragraph 1(b) which were used in the following paragraphs:

         Paragraph 3(b)     $ _____
         Paragraph 4(b)     $ _____
         Paragraph 5(c)     $ _____
         Net Balance Available from paragraph 1(b)     $     **5,000.00**
         Total Net Exemption     $ _____

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

    **-NONE-**
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT     $     **0.00**

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

    **-NONE-**
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT     $     **0.00**

16. **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by the Debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by the Debtor less than 90 days preceding the filing of the bankruptcy petition:

91C *(4/21)*

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

DATE  **May 12, 2023**

**/s/ William Rickey Hall**
**William Rickey Hall**
Debtor

**Fill in this information to identify the case:**

Debtor name **Protech Metals, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **23-80078**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1 Atlas Copco Compressors**
Creditor's Name

**300 Technology Rd, Ste. 550**
**Rock Hill, SC 29730**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Compresssor**

Describe the lien
**UCC Filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,000.00** | **$18,000.00**

**2.2 Carolina Business XChange LLC**
Creditor's Name

**d/b/a Sunbelt Business Brokers of Durham**
**4819 Emperor Blvd, Ste 400**
**Durham, NC 27703**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

Describe the lien
**UCC Filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$0.00** | **$0.00**

Debtor **Protech Metals, LLC**
_____
Name

Case number (if known) **23-80078**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

**2.3** **John James**
Creditor's Name

**2929 Allen Parkway**
**Suite 3300**
**Houston, TX 77019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                    $0.00                $0.00

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

**2.4** **John James**
Creditor's Name

**2929 Allen Parkway**
**Suite 3300**
**Houston, TX 77019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                    $0.00                $0.00

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

**2.5** **LEAF Capital Funding, LLC**
Creditor's Name

**2005 Market St., 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**            $84,386.07          $68,500.00
**2015 International Truck**
**224,753 miles (on purchase date of**
**10/20/2022)**

**Describe the lien**
**UCC Filing**

Debtor    **Protech Metals, LLC**                                          Case number (if known)    **23-80078**
_____
Name

Creditor's email address, if known                    **Is the creditor an insider or related party?**
_____                             ■ No
                                                      ☐ Yes
**Date debt was incurred**                            **Is anyone else liable on this claim?**
                                                      ☐ No
**Last 4 digits of account number**                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its                        ■ Disputed
relative priority.

---

| 2.6 | **Legend Funding** | Describe debtor's property that is subject to a lien | **$40,800.00** | **$0.00** |

Creditor's Name

**800 Brickwell Ave, Ste 902**
**Miami, FL 33131**
_____                             **Describe the lien**
Creditor's mailing address                            **UCC Filing**
                                                      **Is the creditor an insider or related party?**
                                                      ■ No
                                                      ☐ Yes
Creditor's email address, if known                    **Is anyone else liable on this claim?**
_____                             ☐ No
**Date debt was incurred**                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its                        ■ Disputed
priority.

---

| 2.7 | **NowAccount Network Corporation** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |

Creditor's Name

**6120 Powers Ferry Rd NW,**
**Ste 350**
**Atlanta, GA 30339**
_____                             **Describe the lien**
Creditor's mailing address                            **UCC Filing**
                                                      **Is the creditor an insider or related party?**
                                                      ■ No
                                                      ☐ Yes
Creditor's email address, if known                    **Is anyone else liable on this claim?**
_____                             ☐ No
**Date debt was incurred**                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its                        ■ Disputed
priority.

---

Debtor    **Protech Metals, LLC**                                    Case number (if known)    **23-80078**
_____                           _____
Name

| 2.8 | **Premier Financing** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2675 Morgantown Rd.
Reading, PA 19607**
_____
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**

_____           ■ No
Creditor's email address, if known          ☐ Yes

**Date debt was incurred**                  **Is anyone else liable on this claim?**
                                            ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
_____

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$143,186.07**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Protech Metals, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-80078**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Employment Security Commission**<br>**PO Box 26504**<br>**Raleigh, NC 27611** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Protech Metals, LLC**
Name

Case number (if known) **23-80078**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Moore County Tax Office**<br>**PO Box 905**<br>**Carthage, NC 28327** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **NC Department of Revenue**<br>**PO Box 25000**<br>**Raleigh, NC 27640-0002** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,900.00 | $0.00 |
|---|---|---|---|---|
| | **Rockingham NC Self Storage**<br>**102 E. Green St.**<br>**Rockingham, NC 28379** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit Creditor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.24 | $462.24 |
|---|---|---|---|---|
| | **Tim Hamilton**<br>**1325 S. Pitkin Ave**<br>**Louisville, CO 80027** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Paid in full, never received product** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Protech Metals, LLC**                                   Case number (if known)   **23-80078**
_____Name_____

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.93** |
|---|---|---|---|
| | **ADP**<br>**5800 Windward Pkwy**<br>**MS B301**<br>**Alpharetta, GA 30005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,438.49** |
|---|---|---|---|
| | **AirGas**<br>**1510 Hawkins Ave**<br>**Sanford, NC 27330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,322.17** |
|---|---|---|---|
| | **Alro Steel**<br>**7966 National Service Rd**<br>**Greensboro, NC 27409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,824.00** |
|---|---|---|---|
| | **AmeriGas**<br>**117 Industrial Park Dr**<br>**Biscoe, NC 27209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,383.56** |
|---|---|---|---|
| | **Brightspeed Broadband, LLC**<br>**Attn:  Reba Culberson**<br>**100 Century Link Dr.**<br>**Monroe, LA 71203-2041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$702.77** |
|---|---|---|---|
| | **Cintas**<br>**2703 Aviation Pkwy**<br>**Fayetteville, NC 28306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,985.60** |
|---|---|---|---|
| | **DeHaan & Bach**<br>**25 Whitney Dr, #106**<br>**Loveland, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business operating expense | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Protech Metals, LLC**
Name

Case number (if known) **23-80078**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,864.05 |

**Dillon Supply**
**440 Civic Blvd**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __business operating expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,461.51 |

**Duke Energy Of the Carolinas**
**PO Box 1094**
**Charlotte, NC 28201-1094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __business operating expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,361.50 |

**Erie Insurance**
**100 Erie Ins. Place**
**Erie, PA 16530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __business operating expense__
**Ultraflex**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,311.00 |

**Erie Insurance**
**100 Erie Ins. Place**
**Erie, PA 16530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __business operating expense__
**Workers Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $829.98 |

**Express Employment Pro**
**PO Box 945434**
**Atlanta, GA 30394-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __business operating expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $414.52 |

**Fields Plumbing & Heating Company, Inc.**
**7718 NC Hwy 22**
**Carthage, NC 28327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __business operating expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**First Bank**
**PO Box 10589**
**Greensboro, NC 27404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __business operating expense__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Protech Metals, LLC**                                                  Case number *(if known)*   **23-80078**
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GeneralHealth Group Inc**
244 5th Ave
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,829.00 |

**McNeill Oil & Propane**
PO Box 396
Aberdeen, NC 28315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business operating expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |

**Myra Hall**
9391 Aberdeen Rd
Aberdeen, NC 28315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Signed promissory note**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.82 |

**NC Quick Pass Customer Service**
P.O. Box 71116
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business operating expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $696.25 |

**Northern Safety Co., Inc.**
PO Box 4250
Utica, NY 13504-4250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business operating expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $573.82 |

**Quick Fi - Innovation Finance**
PO Box 23294
New York, NY 10087-3294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business operating expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |

**Southeastern Tool & Die**
105 Taylor st
Aberdeen, NC 28315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business operating expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor **Protech Metals, LLC**        Case number (if known)   **23-80078**
  Name

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$464.50** |
|---|---|---|---|

**Spectrum**
**P.O. Box 6030**
**Carol Stream, IL 60197-6030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   business operating expense

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,349.66** |
|---|---|---|---|

**Sunbelt**
**P.O. Box 409211**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   business operating expense

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**WRH Holdings, LLC**
**9391 Aberdeen Rd**
**Aberdeen, NC 28315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**   Money loaned to the busines

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brightspeed Broadband, LLC**<br>**1120 S. Tryon St.**<br>**Suite 700**<br>**Charlotte, NC 28203-4244** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brightspeed Broadband, LLC**<br>**Attn: Reba Culbertson**<br>**100 Century Link Dr.**<br>**Monroe, LA 71203-2041** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 4,362.24 |
| 5b. Total claims from Part 2 | 5b. + | $ 178,924.13 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ 183,286.37 |

**Fill in this information to identify the case:**

Debtor name    **Protech Metals, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-80078**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Sales Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Danao Living**<br>**2 Tree Farm Rd, Ste. B-300**<br>**Pennington, NJ 08534** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Purchase and Sale of Future Receipts** | |
| State the term remaining | |
| List the contract number of any government contract | **Legend Funding**<br>**800 Brickwell Ave, Ste 902**<br>**Miami, FL 33131** |

**Fill in this information to identify the case:**

Debtor name **Protech Metals, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **23-80078**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **AccessHeat** | **913 N Market St, Ste 200 Wilmington, DE 19801** | **Carolina Business XChange LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **AccessHeat** | **913 N Market St, Ste 200 Wilmington, DE 19801** | **Legend Funding** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **AccessHeat** | **913 N Market St, Ste 200 Wilmington, DE 19801** | **John James** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **AccessHeat** | **913 N Market St, Ste 200 Wilmington, DE 19801** | **John James** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **AccessHeat** | **913 N Market St, Ste 200 Wilmington, DE 19801** | **LEAF Capital Funding, LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

Debtor **Protech Metals, LLC** _____  Case number *(if known)* **23-80078**

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|

| | | | |
|---|---|---|---|
| 2.6 | **AccessHeat** | 913 N Market St, Ste 200<br>Wilmington, DE 19801 | **NowAccount<br>Network Corporation** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

| 2.7 | **Ruth Berenstein** | 27 Robin Rd, Apt D<br>Mount Holly, NJ 08060 | **John James** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

| 2.8 | **Ruth Berenstein** | 27 Robin Rd, Apt D<br>Mount Holly, NJ 08060 | **Premier Financing** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

| 2.9 | **Ruth Berenstein** | 27 Robin Rd, Apt D<br>Mount Holly, NJ 08060 | **Legend Funding** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

| 2.10 | **Thomas M. Van Camp** | **Van Camp, Meacham & Newman**<br>**PO Box 1389**<br>**Pinehurst, NC 28374**<br>**Notice Only - Attorney for Ruth Berenstein**<br>**& AccessHeat** | **Ruth Berenstein** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

| 2.11 | **Thomas W. Waldrep** | **Waldrep Wall Babcock & Bailey PLLC**<br>**370 Knollwood St, Ste 600**<br>**Winston Salem, NC 27103**<br>**Notice Only - Attorney for Ruth Berenstein**<br>**& AccessHeat** | **Ruth Berenstein** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Protech Metals, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-80078**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $103,394.65 |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $969,887.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |
   | 3.1.  **Legend Funding<br>800 Brickwell Ave, Ste 902<br>Miami, FL 33131** | **January 27, 2023 - Filing Date** | $13,211.38 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Protech Metals, LLC**                                    Case number *(if known)*  **23-80078**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   | --- | --- | --- | --- |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   | --- | --- | --- | --- |

   **Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   | --- | --- | --- | --- | --- |
   | 7.1. | **Myra Hall, Rickey Hall, and Protech Metals, LLC v. Ruth Berenstein and Access Heat**<br>**22 CVS 884** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

   **Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   | --- | --- | --- | --- |

   **Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **Protech Metals, LLC** | Case number *(if known)* | **23-80078** |

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    **Protech Metals, LLC**    Case number *(if known)*    **23-80078**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | | **16 Tandem Axle Trailer**<br>**2000 Ford F350**<br>**2000 Ford F250**<br>**1994 Ford F700 Box Truck**<br>**2019 Ford F250**<br>**1987 Dump Truck**<br>**(6) Misc Printers**<br>**(3) Laptops**<br>**(2) Monitors**<br>**(4) Computers**<br>**Computer Network**<br>**Everpac Press 30 Ton**<br>**Miller**<br>**HAAS CNC Milling Machine**<br>**Plasma Vicon Table (C&C)**<br>**Coldsaw**<br>**(2) Rockwell Drill Press**<br>**Piranta Shear**<br>**Hyd Mech Band Saw**<br>**Chop Saw**<br>**Grinder, Pedastal**<br>**Horizontal Band Saw**<br>**12' Hurco Plate Roller** | | |
| | **Unknown** | **Nurdson Paint Booth Series II**<br>**Two Bend Blaster & Vacuum** | **Between June<br>2022 & April<br>2023** | **$94,869.62** |
| | Relationship to debtor | | | |
| 13.2<br>. | | **Bobcat**<br>**10' Break**<br>**2012 Wildkat 72 Bushhog Push**<br>**Hyd-Mech Band Saw Model H10A**<br>**CNC Crowning Press Brake**<br>**AC Chiller**<br>**IR Viper Housing Fixture (2)**<br>**Rigger**<br>**Press Brake**<br>**Lazer**<br>**(2) Spot Welders**<br>**Portable Welder Generator**<br>**Rod Cutter & Bolt Cutter**<br>**Tig Welder**<br>**2014 Skyjack 3219 Lift**<br>**Conn Bending Brake 10ft 16 gauge**<br>**Toshiba Studio 281c Copier** | | |
| | **Unknown** | **Toshiba 3560 Copier**<br>**Canon PC940 Copier**<br>**Tool Punch Kit** | **Between June<br>2022 & April<br>2023** | **$165,501.52** |
| | Relationship to debtor | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor  **Protech Metals, LLC**                                    Case number *(if known)*  **23-80078**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3 . | | **Powder Coating Line - IR Athens Drill Press Forklift Washer for Used Parts** | | |
| | **Unknown** | **Washer Water Purification System** | **Between June 2022-April 2023** | **$16,533.00** |
| | Relationship to debtor **Unknown** | | | |

## Part 7:   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Protech Metals, LLC**                                    Case number *(if known)*  **23-80078**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Protech Metals, LLC**_____    Case number *(if known)*  **23-80078**_____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Jeremy R. Wyler, CPA, PLLC**<br>**109 Arnette Street**<br>**Aberdeen, NC 28315** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Debtor    **Protech Metals, LLC**                                      Case number *(if known)*   **23-80078**

---

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Myra Hall** | **9391 Aberdeen Rd Aberdeen, NC 28315** | **Member Manager** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **William Rickey Hall** | **9391 Aberdeen Rd Aberdeen, NC 28315** | **Member Manager** | **49%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **WRH Holdings, LLC 9391 Aberdeen Rd Aberdeen, NC 28315** | **$15,000** | **$5,000 - 2/22/2023 $10,000 - 4/14/2023** | **Rent for use of building** |
| | **Relationship to debtor** **Landlord - Owned by William Rickey Hall** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Protech Metals, LLC**                                        Case number *(if known)*   **23-80078**

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 12, 2023**

**/s/ William Rickey Hall**                                   **William Rickey Hall**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member-Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Protech Metals, LLC**        Case No.   **23-80078**

Debtor(s)      Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept      $      **0.00**

   Prior to the filing of this statement I have received      $      **0.00**

   Balance Due      $      **0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; all necessary litigation for claims; any and all preference and fraudulent transfer actions; preparation and confirmation of plan of reorganization; post confirmation requirements**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 12, 2023**
*Date*

/s/ Erik M. Harvey
**Erik M. Harvey 37663**
*Signature of Attorney*
**Bennett Guthrie PLLC**
**1560 Westbrook Plaza Dr**
**Winston Salem, NC 27103**
**336-765-3121  Fax: 336-765-8622**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Protech Metals, LLC**                                                      Case No.  **23-80078**

                                              Debtor(s)                             Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Myra Hall**<br>**9391 Aberdeen Rd**<br>**Aberdeen, NC 28315** | | **51%** | **LLC Interest** |
| **William Rickey Hall**<br>**9391 Aberdeen Rd**<br>**Aberdeen, NC 28315** | | **49%** | **LLC Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member-Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 12, 2023**                                   Signature  **/s/ William Rickey Hall**

                                                                  **William Rickey Hall**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of North Carolina**

In re   **Protech Metals, LLC**        Case No.   **23-80078**

Debtor(s)       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 12, 2023**          **/s/ William Rickey Hall**

**William Rickey Hall**/**Member-Manager**
Signer/Title