**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PROTECH METALS, LLC ) | CHAPTER 11 |
| ) | CASE NO 23-80078 |
| Debtor(s). ) | |
| ) | |

## MOTION TO CONVERT

**NOW COMES**, Protech Metals, LLC (the "Debtors"), by and through counsel, pursuant to 11 U.S.C. § 1112(a), respectfully requesting that this case be converted to a Chapter 7, and in support thereof, the debtor shows the Court the following:

1. On April 27, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Title 11 Chapter 11 Subchapter V of the Bankruptcy Code. Daniel C. Bruton is the duly appointed Subchapter V Trustee.

2. Since the filing, the Debtor has operated as a Debtor-In-Possession.

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue is proper in this District pursuant to 28 U.S.C. § 1409(a).

4. The Debtor is unable to continue operations as a Chapter 11 Debtor, as the Debtor continue to struggle financially to meet its day-to-day financial obligations. Debtor does not believe that it will be feasible to confirm the proposed plan filed with the Court on December 22, 2023.

5. The Debtor ceased operations as of February 2, 2024 and has no further ongoing expenses owed for wages or taxes associated therewith.

6. It is in the best interests of the Debtor and creditors that the case be converted to a Chapter 7.

**WHEREFORE**, the debtor respectfully request:

1. That the Court enter an Order pursuant to 11 U.S.C. 1112(a) converting the case to a case under Chapter 7 of the United States Bankruptcy Code; and

2. For such other and further relief as the Court deems just and proper.

This the 5th day of February, 2024.

*/s/ Erik M. Harvey*
Erik M. Harvey, NCSB # 37663
Attorney for Plaintiff
BENNETT & GUTHRIE, PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103
Telephone: (336) 765-3121
eharvey@bennett-guthrie.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the **MOTION TO CONVERT** was served by electronic means and/or first class mail, postage prepaid, to the parties indicated below at their respective addresses as listed below:

John Paul Hughes Cournoyer, Electronically
Bankruptcy Administrator

Daniel C. Bruton, Electronically
Subchapter V Trustee

Rickey Hall
Protech Metals, LLC
Via - rickey@carolina.net

See attached matrix.

This the 5th day of February, 2024.

> */s/ Erik M. Harvey*
> Erik M. Harvey, NCSB # 37663
> Attorney for Plaintiff
> BENNETT & GUTHRIE, PLLC
> 1560 Westbrook Plaza Drive
> Winston-Salem, NC 27103
> Telephone: (336) 765-3121
> eharvey@bennett-guthrie.com

| | | |
|---|---|---|
| | AccessHeat, Inc.<br>913 N. Market Street, Ste 200<br>Wilmington, DE 19801-3097 | LEAF Capital Funding, LLC<br>c/o Byron L. Saintsing<br>Smith Debnam<br>PO Box 176010<br>Raleigh, NC 27619-6010 |
| Protech Metals, LLC<br>PO Box 1925<br>Pinehurst, NC 28370-1925 | Rev Capital (California) Inc.<br>PAHL & McCAY<br>Catherine Schlomann Robertson, Esq.<br>225 West Santa Clara Street<br>Suite 1500<br>San Jose, CA 95113-1752 | Durham<br>P.O. Box 26100<br>Greensboro, NC 27402-6100 |
| ADP<br>5800 Windward Pkwy<br>MS B301<br>Alpharetta, GA 30005-8881 | ADP INC<br>1851 N. Resler<br>El Paso, TX 79912-8023 | AirGas<br>1510 Hawkins Ave<br>Sanford, NC 27330-3326 |
| AirGas USA 22c<br>2015 Vaughn Rd NW Suite 400<br>Kennesaw  GA 30144-7802 | Alro Steel<br>7966 National Service Rd<br>Greensboro, NC 27409-9416 | Alro Steel Corporation<br>3100 E High Street<br>Jackson, MI 49203-6413 |
| AmeriGas<br>117 Industrial Park Dr<br>Biscoe, NC 27209-8096 | Atlas Copco Compressors<br>300 Technology Rd, Ste. 550<br>Rock Hill, SC 29730-0175 | Brian R. Anderson<br>Fox Rothschild LLP<br>230 N. Elm Street, Suite 1200<br>Greensboro, NC 27401-2436 |
| Brightspeed Broadband, LLC<br>1120 S. Tryon St.<br>Suite 700<br>Charlotte, NC 28203-6820 | Brightspeed Broadband, LLC<br>Attn:  Reba Culbertson<br>100 Century Link Dr.<br>Monroe, LA 71203-2041 | Carolina Business XChange LLC<br>d/b/a Sunbelt Business Brokers of Durham<br>4819 Emperor Blvd, Ste 400<br>Durham, NC 27703-5420 |
| Catherine Schlomann Robertson, Esq.<br>Attorney for Secured Creditor<br>Rev Captial(California) Inc.<br>225 West Santa Clara Street, Ste. 1500<br>San Jose, CA 95113-1752 | Cintas<br>2703 Aviation Pkwy<br>Fayetteville, NC 28306-3328 | Corporation Services Co.<br>P.O. Box 2576<br>Springfield, IL 62708-2576 |
| DeHaan & Bach<br>25 Whitney Dr, #106<br>Loveland, OH 45140 | Dillon Supply<br>440 Civic Blvd<br>Raleigh, NC 27610-2967 | Duke Energy Of the Carolinas<br>PO Box 1094<br>Charlotte, NC 28201-1094 |
| Duke Energy Progress LLC<br>Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Employment Security Commission<br>PO Box 26504<br>Raleigh, NC 27611-6504 | Erie Insurance<br>100 Erie Ins. Place<br>Erie, PA 16530-9000 |
| Express Employment Pro<br>PO Box 945434<br>Atlanta, GA 30394-5434 | Fastenal Company<br>2001 Theurer Blvd.<br>Attn: Legal<br>Winona, MN 55987-9902 | Fields Plumbing & Heating Company Inc<br>7718 NC Hwy 22<br>Carthage, NC 28327 |

| | | |
|---|---|---|
| First Bank<br>PO Box 10589<br>Greensboro, NC 27404-0589 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John James<br>2929 Allen Parkway<br>Suite 3300<br>Houston, TX 77019-7112 |
| LEAF Capital Funding LLC<br>Brian Kestenbaum, Senior Vice President<br>2005 Market Street<br>Philadelphia, PA 19103-7012 | LEAF Capital Funding, LLC<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103-7009 | Legend Advance Funding II LLC<br>19790 W Dixie Highway<br>Suite 301<br>Miami, FL 33180-2293 |
| Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | McNeill Oil & Propane<br>PO Box 396<br>Aberdeen, NC 28315-0396 | (p)MOORE COUNTY TAX DEPARTMENT<br>PO BOX 457<br>CARTHAGE NC 28327-0457 |
| Myra Hall<br>9391 Aberdeen Rd<br>Aberdeen, NC 28315-7747 | NC Department of Revenue<br>PO Box 25000<br>Raleigh, NC 27640-0002 | NC Dept of Revenue<br>PO Box 1168<br>Raleigh, NC 27602-1168 |
| NC Quick Pass Customer Service<br>P.O. Box 71116<br>Charlotte, NC 28272-1116 | Northern Safety Co., Inc.<br>PO Box 4250<br>Utica, NY 13504-4250 | NowAccount Network Corporation<br>6120 Powers Ferry Rd NW, Ste 350<br>Atlanta, GA 30339-2951 |
| Quick Fi - Innovation Finance<br>PO Box 23294<br>New York, NY 10087-3294 | Rev Capital (California) Inc.<br>Catherine Schlomann Robertson<br>Pahl & McCay, 225 W. Santa Clara Street,<br>Suite 1500<br>San Jose, CA 95113 | Rockingham NC Self Storage<br>102 E. Green St.<br>Rockingham, NC 28379-3420 |
| Ruth Berenstein<br>27 Robin Rd, Apt D<br>Eastampton Township, NJ 08060-3343 | Ruth Berenstein<br>27 Robin Rd, Apt D<br>Mount Holly, NJ 08060-3343 | SOUTHEASTERN TOOL & DIE, INC.<br>JIMMY THOMPSON<br>105 TAYLOR STREET<br>ABERDEEN, NC 28315-2026 |
| Southeastern Tool & Die<br>105 Taylor st<br>Aberdeen, NC 28315-2026 | Spectrum<br>P.O. Box 6030<br>Carol Stream, IL 60197-6030 | Sunbelt<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 |
| The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Thomas M. Van Camp<br>Van Camp, Meacham & Newman<br>PO Box 1389<br>Pinehurst, NC 28370-1389 | Tim Hamilton<br>1325 S. Pitkin Ave<br>Louisville, CO 80027-8131 |
| US Attorney's Office<br>101 South Edgeworth St, 4th floor<br>Greensboro, NC 27401-6045 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | WRH Holdings, LLC<br>9391 Aberdeen Rd<br>Aberdeen, NC 28315-7747 |

| | | |
|---|---|---|
| Daniel C. Bruton<br>Bell, Davis & Pitt, P.A.<br>600 Century Plz.<br>100 N. Cherry St.<br>P. O. Box 21029<br>Winston-Salem, NC 27120-1029 | Erik Mosby Harvey<br>Bennett Guthrie PLLC<br>1560 Westbrook Plaza Drive<br>Winston-Salem, NC 27103-1328 | John Paul Hughes Cournoyer<br>U.S. Bankruptcy Administrator<br>101 South Edgeworth Street<br>Greensboro, NC 27401-6026 |